IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-173-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ERNEST LEE WILLIAMS, JR., ) | |
| Defendant. ) | |

This matter is before the court upon remand from the Fourth Circuit Court of Appeals. Defendant's resentencing hearing is already scheduled for this court's January 10, 2017 term of court. The United States Probation Office ("USPO") is DIRECTED to provide the parties and the court with a resentencing memorandum. The clerk is DIRECTED to serve a copy of this order on the Federal Public Defender and the USPO.

This 20th day of December 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26