
**U.S.A. vs. Ernest Lee Williams Jr.**               **Docket No. 5:14-CR-173-1H**

### Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernest Lee Williams Jr., who, upon an earlier plea of guilty to Attempted Bank Robbery in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 8, 2015, to the custody of the Bureau of Prisons for a term of 38 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On January 10, 2017, Williams appeared before the court for a reduction in sentence resulting in his custodial sentence being reduced to time served. Ernest Lee Williams Jr. was released from custody on January 10, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Williams had been approved to reside with his mother, Mamie Williams, upon his release from custody. She reportedly suffered a stroke recently and is now residing in a rehabilitation center. Due to her illness, Mr. Williams can no longer reside with her and is in need of public law placement at the Residential Reentry Center to provide him housing during his transition back into the community. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8674
Executed On: January 10, 2017

Ernest Lee Williams Jr.
Docket No. 5:14-CR-173-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _10_ day of _January_, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge